IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3046 |
| | ) | |
| V. | ) | |
| | ) | |
| ALWIN BELGRAVE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendant's motion to release court file (filing 74) is granted.

(2) The Clerk's office is directed to retrieve the court file in case 4:96CR3046 from the Federal Records Center and have the file sent to the Robert V. Denny Federal Building in Lincoln, Nebraska.

(3) The Clerk's office will contact attorney Carlos A. Monzon when the file arrives and make arrangements for Mr. Monzon to pick up the file.

(4) The Clerk's office is directed to make a non-public remark on the docket when the file is released to Mr. Monzon.

(5) Mr. Monzon will have 14 days from the date of pick up to review and return the court file to the Clerk's office.

(6) Upon the return of the court file, the Clerk's Office is directed to send the file back to the Federal Records Center.

DATED this 9th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge